IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Civil Action No.:     **07-cv-01428-AP**

**JEFFREY RYAN HANSEN,**

                              Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                              Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| **Frederick W. Newall**<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (facsimile)<br>newallfrederickw@qwest.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra Meachum<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**    July 9, 2007
    **B.    Date Complaint Was Served on U.S. Attorney's Office:**    July 16, 2007
    **C.    Date Answer and Administrative Record Were Filed:**    September 14, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**
Because of workload, counsel for the Commissioner requests that the response brief be due later than 30 days after filing of the opening brief.  Counsel for both parties agree to the following proposed briefing schedule:

    **A.    Plaintiff's Opening Brief Due:**        NOVEMBER 21, 2007
    **B.    Defendant's  Response Brief Due:**    JANUARY 31, 2008
    **C.    Plaintiff's  Reply Brief (If Any) Due:**    FEBRUARY 14, 2008

**9.      STATEMENTS REGARDING ORAL ARUMENT**

      A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**
      B.      **Defendant's Statement:**  Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

      A.      **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
      B.      **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 5th day of October, 2007.

                                      BY THE COURT:

                                       *S/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE
                                      HONORABLE JOHN L. KANE

APPROVED:

s/Frederick W. Newall 10/4/07

FREDERICK W. NEWALL
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov


By:   s/Debra Meachum 10/4/07
      DEBRA MEACHUM
      Special Assistant U. S. Attorney
      1961 Stout Street, Suite 1001A
      Denver, CO 80294
      Telephone: (303) 844-1570
      debra.meachum@ssa.gov

      Attorneys for Defendant